

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2014

No. 04-14-00282-CV

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

On April 23, 2014, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than May 5, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's emergency motion for temporary relief is GRANTED. The trial court's Order Denying Plea to the Jurisdiction signed April 22, 2014, is temporarily stayed pending final resolution of the petition for writ of mandamus filed in this court.

It is so **ORDERED** on April 24th, 2014.                    PER CURIAM

ATTESTED TO: _____
             Keith E. Hottle
             Clerk of Court



---

[1] This proceeding arises out of Cause No. 2014CI02421, styled *A.L.F.L. v. K.L.L.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.